JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| DEWAYNE MCCOY, | Case No. CV 14-02296 AN |
| Petitioner, | |
| v. | JUDGMENT |
| JOHN SOTO, Warden, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the related Order.

Dated: April 3, 2014

ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE